The Whitcomb Locomotive Company, appellant, v. William C. Whitcomb, appellee. Gen. No. 37,051.

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Cutting, Moore & Sidley, for appellant; Kenneth F. Burgess, James F. Oates, Jr., John Paulding Brown and George Ragland, Jr., of counsel. Pines & Stein, for appellee; Alvin E. Stein, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

## SECOND DISTRICT.

The People of the State of Illinois, defendant in error v. James Ryan and John Twohig, plaintiffs in error. Gen. No. 8,690.

Heard in this court at the October term, 1933. Opinion filed April 25, 1934.

Wm. Scott Stewart, for plaintiffs in error. Charles E. Mason, State's Attorney, for defendant in error; John R. Bills and Okel S. Fuqua, of counsel.

Mr. Justice Dove delivered the opinion of the court.

John H. Rusch, receiver of the First National Bank of Polo, appellee, v. Ray D. Hedrick, administrator of the estate of Martha C. Hedrick, deceased, appellant. Gen. No. 8,707.

Heard in this court at the October term, 1933. Opinion filed April 25, 1934.

Seyster & Fearer and Harry Typer, for appellant. Dixon, Devine, Bracken & Dixon, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Lawrence H. Williams, administrator of the estate of Stanley Buches, deceased, plaintiff in error, v. Chicago and North Western Railway Company, defendant in error. Gen. No. 8,571.

Heard in this court at the October term, 1932. Opinion filed April 25, 1934. Rehearing denied June 25, 1934.

J. J. McCauley, V. S. Lumley and George W. Field, for plaintiff in error. D. T. Smiley, Nelson J. Wilcox and Nelson Trottman, for defendant in error.

Mr. Justice Huffman delivered the opinion of the court.